UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) BETTY RALEIGH, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No.: 4:12-cv-23-CVE-FHM |
| (2) CMFG LIFE INSURANCE COMPANY, Previously named as CUNA MUTUAL INSURANCE SOCIETY, | ) ) ) ) ) | |
| Defendant. | ) ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Betty Raleigh and Defendant, CMFG Life Insurance Company, through their respective counsel, hereby stipulate to dismissal of this action with prejudice to future re-filing, including all claims that were or could have been asserted in this action. Each party shall bear her or its own attorneys' fees and costs.

Dated: September 28, 2012.

Respectfully submitted,

By: /s/ Brenda E. Carpenter
Brenda E. Carpenter, OBA # 18520
11063-D S. Memorial Drive #429
Tulsa, OK 74133
(918) 252-4772 Phone
(918) 513-3111 Fax
***Attorneys for Plaintiff***

and

By: /s/ John V. Hall
John V. Hall, OBA #17045
Hall & Hall, PC
406 S. Boulder, Suite 400
P.O. Box 2519
Tulsa, OK 74101
(918) 342-8120 Phone
(918) 288-7836 Fax
***Attorneys for Plaintiff***

and

By: /s/Randall E. Long
John H. Tucker, OBA #9110
Randall E. Long, OBA #22216
Rhodes, Hieronymus, Jones,
   Tucker & Gable
P. O. Box 21100
Tulsa, OK 74121
(918) 582-1173 Phone
(918) 592-3390 Fax
**ATTORNEYS FOR DEFENDANT,
   CMFG LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I certify that on the 28th day of September, 2012, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

***Attorneys for Plaintiff:***

Brenda E. Carpenter           bcarpenterlaw@aol.com
Carpenter Law Office, PC
11063-D S. Memorial Drive #429
Tulsa, OK 74133

John V. Hall                  hallhallpc@aol.com
Hall & Hall, PC
406 S. Boulder, Suite 400
P.O. Box 2519
Tulsa, OK 74101


/s/ Randall E. Long